B 10S2 (Supplement 2) (12/11)

# UNITED STATES BANKRUPTCY COURT

Southern District of Texas

In re  Douglas Denny and Monica Lena Denny
      _____
      Debtor

Case No.  14-70594

Chapter  13

## Notice of Postpetition Mortgage Fees, Expenses, and Charges

If you hold a claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any postpetition fees, expenses, and charges that you assert are recoverable against the debtor or against the debtor's principal residence. File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

Name of creditor: D & N Funding, Inc.

Court claim no. (if known): 8

Last four digits of any number you use to identify the debtor's account: ___ ___ ___ ___

Does this notice supplement a prior notice of postpetition fees, expenses, and charges?

☐ No
☐ Yes. Date of the last notice: _____
                                 mm/dd/yyyy

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | _____ | (1) | $ _____ |
| 2. Non-sufficient funds (NSF) fees | _____ | (2) | $ _____ |
| 3. Attorney fees | 12/4/2014- 1/27/2015 | (3) | $ 400.00 |
| 4. Filing fees and court costs | _____ | (4) | $ _____ |
| 5. Bankruptcy/Proof of claim fees | 12/4/2014-1/12/2015 | (5) | $ 500.00 |
| 6. Appraisal/Broker's price opinion fees | _____ | (6) | $ _____ |
| 7. Property inspection fees | _____ | (7) | $ _____ |
| 8. Tax advances (non-escrow) | _____ | (8) | $ _____ |
| 9. Insurance advances (non-escrow) | _____ | (9) | $ _____ |
| 10. Property preservation expenses. Specify:_____ | _____ | (10) | $ _____ |
| 11. Other. Specify:_____ | _____ | (11) | $ _____ |
| 12. Other. Specify:_____ | _____ | (12) | $ _____ |
| 13. Other. Specify:_____ | _____ | (13) | $ _____ |
| 14. Other. Specify:_____ | _____ | (14) | $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

B 10S2 (Supplement 2) (12/11)                                                                                                          Page 2

## Part 2: Sign Here

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box.

☒ I am the creditor.

☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

X _[signature]_                                                                    Date  01/27/2015
Signature                                                                                     mm/dd/yyyy

Print:  Rusty Nash                                                     Title  Vice President
        First Name    Middle Name    Last Name

Company  D & N Funding, Inc.

Address  P.O. Box 3723
         Number         Street
         McAllen, TX 78539
         City                    State       ZIP Code

Contact phone  (956) 682-2835                          Email